JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOYCE R. FISHER, | ) | Case No. CV 17-05151-AS |
| | ) | |
| Plaintiff, | ) | **JUDGMENT** |
| | ) | |
| v. | ) | |
| | ) | |
| NANCY A. BERRYHILL, | ) | |
| Acting Commissioner of the | ) | |
| Social Security Administration, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ADJUDGED that this action is DISMISSED with prejudice.

Dated: July 2, 2018.

_____/s/_____

ALKA SAGAR
UNITED STATES MAGISTRATE JUDGE
